IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STEVE SAENZPARDO,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 10-0049-CG-M |
| | ) |
| **UNITED FRAMING CONSTRUCTION** | ) |
| **INC., AND MATTHEW DAVID NERO,** | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the court's findings in its order on summary judgment entered on October 21, 2011 (Doc. 112), and with the verdict of the jury returned on November 30, 2011, it is **ORDERED** and **ADJUDGED** that **JUDGMENT** is hereby entered in favor of defendants, United Framing Construction Company, Inc., and Matthew David Nero, and against plaintiff, Steve Saenzpardo.  Therefore, plaintiff's claims against said defendants are hereby **DISMISSED** with prejudice. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 2nd day of December, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE